Mark L. Javitch (California SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343

*Attorney for Plaintiff*
And those similarly situated

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| DAVID THORNTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FREEDOM SOLAR PROS, LLC<br><br>Defendant. | Civil Action No.: 3:25-CV-00346-KC<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff respectfully submits this unopposed motion for leave to file the Second Amended Complaint. Although Plaintiff conceded his claim for injunctive relief, Plaintiff did not intend to dismiss his class claims for damages. Defendant does not oppose this motion. The Proposed Second Amended Complaint is attached as Exhibit "A."

Dated: February 17, 2026               Respectfully submitted,

By: /s/ Mark L. Javitch
Mark L. Javitch (California SBN 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorney for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

On the date stated below, I filed this document electronically with the United States District Court for the Western District of Texas CM/ECF system.

Notification was therefore automatically sent through the CM/ECF system to:

- United States District Court for the Western District of Texas
- All counsel of record registered on the electronic service list.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the date stated below in San Mateo County, California.

Date: <u>February 17, 2026</u>     By: <u>/s/ Mark L. Javitch</u>
                                        Mark L. Javitch